# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| EARL D. WILSON,<br>On Behalf of Himself and All<br>Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TROTT & TROTT, P.C.,<br>aka Trott Law, P.C.,<br><br>　　　　Defendant. | Case No.: 2:16-cv-10335<br>Hon. David M. Lawson |

## **STIPULATION OF DISMISSAL**

NOW COME the parties, by and through counsel, and agree and stipulate to dismiss the above captioned matter with prejudice and without costs.

Stipulated and agreed on September 30, 2016:

| | |
|---|---|
| /s/ Brian P. Parker (with consent) | /s/ Timothy B. Myers |
| Brian P. Parker (P48617) | Timothy B. Myers (P48152) |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Law Offices of Brian P. Parker | Olson Law Group |
| 2000 Town Center, Ste. 1900 | 2723 S. State St., Ste. 150 |
| Southfield, MI 48075 | Ann Arbor, MI 48104 |
| Tel: (248) 642-6268 | Tel: (734) 222-5179 |
| Brianparker@collectionstopper.com | tmyers@olsonlawpc.com |